# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

12.6413

_____

**MELBA DENISE PHIPPS,**

   **PLAINTIFF,**

**VS.**                                **NO. 2:17-cv-02805**
                                                 **JURY DEMANDED**

**MATTHEW BRADY WATSON AND**
**J.B. HUNT TRANSPORT, INC.,**

   **DEFENDANTS.**

## STIPULATION OF DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff Melba Denise Phipps and Defendants Matthew Brady Watson and J.B. Hunt Transport, Inc., hereby stipulate the following: that pursuant to a settlement agreement reached by the parties, all claims in this action shall be dismissed WITH PREJUDICE; that they will bear their own costs, except any court costs outstanding and not yet paid shall be paid by the Defendants, and that they waive any and all rights of appeal from the dismissal of this action.

_____
JUDGE

DATE:_____

**THE GRAY LAW GROUP, LLC**

By: /S/ DARYL A. GRAY
Daryl A. Gray
Attorney for Plaintiff
10555 Lake Forest Blvd., Suite 9C
New Orleans, LA 70127
Telephone: (504) 264-5552
Fascimile: (504) 264-5581
dgray@graylawgroupllc.com


**McNABB, BRAGORGOS,
BURGESS & SORIN, PLLC**

By: /S/ BEN H. ARNOLD, III
Ben H. Arnold, III # TN 035440
Leland M. McNabb # TN 07551
Attorneys for J.B. Hunt Transport, Inc.
81 Monroe, Sixth Floor
Memphis, Tennessee 38103
Telephone: (901) 624-0640
Fax: (901) 624-0650
barnold@mbbslaw.com