# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MELBA DENISE PHIPPS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATTHEW BRADY WATSON, and ) <br> J.B. HUNT TRANSPORT, INC., ) <br> ) <br> Defendants. ) <br> ) | No. 2:17-cv-02805-TLP-cgc <br><br> JURY DEMAND |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Notice of Removal from Shelby County Circuit Court, filed on November 2, 2017. (ECF No. 1.) In accordance with the Stipulation of Dismissal filed by the parties on July 9, 2018 (ECF No. 69), asking that all claims in this case be dismissed with prejudice and that each party bear its own costs, except the cost of any outstanding and unpaid court costs which shall be paid by the Defendants,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED WITH PREJUDICE.**

**APPROVED:**

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

July 12, 2018
Date